EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  #3575
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-1958
E-mail:  Mike.Seabright@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00087-02 HG |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| SUNSET ROOFING CO., INC., (02) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Sunset Roofing Co., Inc. on the grounds that the United States agreed to dismiss the Indictment against Sunset Roofing Co., Inc. in the plea agreement with Sunset Roofing Co., Inc.'s co-defendant, Frederick Botelho.  As Botelho has entered a plea and been sentenced, the Indictment against Sunset Roofing Co., Inc. should be dismissed.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, April 25, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ J. Michael Seabright
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: APR 2 8 2005, at Honolulu, Hawaii.

/s/

HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

United States v. Sunset Roofing Co., Inc.
Cr. No. 00-00087-02 HG
"Order for Dismissal"

copies:   United States Marshal
          Investigative Agency
          Attorney for Defendant